# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Gregory Blanks                               Docket No. 7:04-CR-76-1FL

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gregory Blanks, who, upon an earlier plea of guilty to Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute More Than 500 Grams of Cocaine and Marijuana, 21 U.S.C. § 841(a)(1) and Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 20, 2005, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 96 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in a vocational training program as directed by the probation office.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The defendant shall pay a special assessment of $300.

Gregory Blanks was released from custody on March 29, 2013, at which time the term of supervised release commenced.

Gregory Blanks
Docket No. 7:04-CR-76-1FL
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The releasee confided to the probation officer that he had been experiencing anxiety since his release and could use medication to help with his adjustment in the community. He requested that his conditions be modified to include a mental health condition so he could be referred for a psychiatric evaluation and therapy.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: July 30, 2013

**ORDER OF COURT**

Considered and ordered this 1st day of August, 2013, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge